IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE MINOR,
    Plaintiff,

v.

CITY OF PHILADELPHIA,
FITZGERALD DICK,
    Defendants.

Civil Action No. 21-1771

## STIPULATION TO WITHDRAW ALL CLAIMS AGAINST DEFENDANT FITZGERALD DICK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff voluntarily withdraws all claims against Fitzgerald Dick with prejudice and without costs.

Date: November 3, 2021

For the plaintiff

Patricia S. Coates, Esquire
Counsel for Plaintiff Nicole Minor

For the defendants

Gaetan J. Alfano
Counsel for Fitzgerald Dick

Nicole S. Morris
Chief Deputy City Solicitor
Counsel for City of Philadelphia