**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NICOLE S. MINOR**, | : |
| v. | : CIVIL ACTION NO: 2:21-cv-1771 |
| **CITY OF PHILADELPHIA, ET AL.** | : |

## PRAECIPE TO SETTLE, DISCONTINUE AND END

TO THE PROTHONOTARY:

    Kindly mark the above matter settled, discontinued and ended after payment of your costs.

DATED: February 23, 2022          /s/ Patricia S. Coates, Esquire
                                                     Attorney For Plaintiff