IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE S MINOR** | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA** | : | NO.   21-1771 |
| *Defendants.* | : | |

### NOTICE OF DISMISSAL OF DEFENDANT

**AND NOW**, this 9th day of March 2022 it having been reported that the issues between Plaintiff and Defendant, Fitzgerald Dick have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that this action is **DISMISSED** with prejudice, as to Fitzgerald Dick only, with each party to bear its own costs and attorneys' fees.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge